IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARICKA L. BAXTER,

    Plaintiff,

vs.   CASE NO.: 4:04cv369-SPM/AK

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon Count, Florida,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Resolution (doc.28) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 13th day of June, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge